AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 AUG 23 PM 2:43
OFFICE OF THE CLERK

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
)  Case No.  8:17MJ279
5511 South 101st Plaza, Omaha, Nebraska 68127  )
Apt. #1  )
F.D.F. A&S SB  )

## SEARCH AND SEIZURE WARRANT

**SEALED**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:

see attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

see attachment B

**YOU ARE COMMANDED** to execute this warrant on or before  8-17-17   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Susan M. Bazis, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  8-10-17 at 2:22pm   *Susan M. Bazis*
                                                   *Judge's signature*

City and state:   Omaha, Nebraska                         Susan M. Bazis, U.S. Magistrate Judge
                                                               *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:17MJ279 | 8/10/17   1505 | Blanca Gomez |

Inventory made in the presence of: Blanca Gomez

Inventory of the property taken and name of any person(s) seized:

- Miscellaneous Documents
- Identity Documents

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/23/17

_Executing officer's signature_

Andrew G. Stewart  Special Agent
_Printed name and title_

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

The subject premises is a multi-level apartment complex with Beige siding and Brown trim. The primary entry to the complex is painted Red. The window pane to the left has a White sticker indicating the building as 5511 South 101st Plaza. Upon entering the complex, there is a foyer area with stairs heading up and a grey interior door with a Gold number 1 indicating it as apartment number one.





9

## ATTACHMENT B

Any and all identification documents both legitimate and counterfeit, including but not limited to passports, visas, immigration documents, state identification cards or driver's license, social security cards, and birth certificates.

Any and all records identifying employment, including W-2, statements of earnings, leave, pay, compensation, tax forms, and employment applications and or any records indicating wages earned.

Records and/or documents evidencing dominion and control over the premises to be searched, including utility bills, phone bills, addressed mail, records of occupancy, lease agreements, title documents, registration records, photographs, personal telephone books, diaries, bills, statements, keys, employment records, and insurance records.